UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>MOLGAR PROPERTIES 1, LLC; and DOES 1 THROUGH 10, Inclusive,<br><br>                    Defendants. | Case No.:  23-cv-2113-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the Notice of Voluntary Dismissal With Prejudice of Entire Action After Settlement filed by Plaintiffs under Federal Rule of Civil Procedure 41(a)(1) (ECF No. 3),

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk of Court shall close this case.

Dated:  February 21, 2024

Hon. William Q. Hayes
United States District Court

1